**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER BONILLA,

    Plaintiff,

v.                                        Case No: 8:16-cv-743-T-30MAP

CRESCENT BANK & TRUST
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Joint Stipulation of Dismissal With Prejudice (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and expenses.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of June, 2016.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record